JS6

Darrell Palmer (125147)
Law Offices of Darrell Palmer
603 N. Hwy 101, Ste A
Solana Beach, CA 92075
Phone: (858) 792-5600
Fax: (859) 792-5655
darrell.palmer@cox.net

Robert Haslam (PHV)
HASLAM & GALLAGHER
555 S. Summit Avenue
Fort Worth, TX 76104
Phone: (817) 332-3115
Fax: (817) 332-3148
robert@haslamfirm.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| ROBERT BRYANT,<br><br>        Plaintiff,<br><br>vs.<br><br>AMERICAN AIRLINES, INC.; GUS, INC. and DOES 1 to 20, inclusive,<br><br>        Defendant | Case No.: EDCV0701086<br><br>[~~PROPOSED~~] ORDER RE REMAND TO STATE COURT |

## ORDER

Good cause appearing, **IT IS HEREBY ORDERED** that that subject to approval by this Court of the Good Faith Settlement motion by American Airlines, and dismissal of American Airlines from this action that this matter be remanded to state court forthwith and the USDC Pretrial Conference Order Hearing and Trial be vacated.

Dated: __8-11__, 2008        _____
                              Judge of the USDC